IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS RAYBOULD and<br>DIANE RAYBOULD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br>RCO LEGAL, P.C. f/k/a NORTH-<br>WEST TRUSTEE SERVICES, INC.,<br><br>    Defendants. | O R D E R<br><br>No. 6:13-cv-1966-TC |

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on November 12, 2014 (doc. 40). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court

1 - ORDER

must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiffs timely filed objections (doc. 43), and defendants declined to file any response brief. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 40) granting defendants' motions to dismiss (docs. 24 and 28). This case is dismissed.

IT IS SO ORDERED.

Dated this 11 day of December 2014.

_____
Ann Aiken
United States District Judge

2 - ORDER